# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

ASPEN COMPOSERS' CONFERENCE,        Civil No. 12-0767 (JRT/SER)

               Plaintiff,

v.                **ORDER ADOPTING REPORT**
                  **AND RECOMMENDATION**

LIBRARY OF CONGRESS,
CATALOGING IN PUBLICATION
DIVISION,

               Defendant,

_____

Natalie Synhaivsky, 5505 Brookview Avenue, Edina, MN 55424, for plaintiff.

Barahm Samie, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendant.

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

    **IT IS HEREBY ORDERED** that:

Defendant's Motion [Docket No. 3] to Transfer Venue is **DENIED.**

DATED: January 4, 2013
at Minneapolis, Minnesota

      s/John R. Tunheim     
JOHN R. TUNHEIM
United States District Judge